# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DJEMO ESAIE, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:18-cv-0298-VEH-JEO |
| SCOTT HASSELL, Chief, Etowah County Jail, et al., | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Djemo Esaie, *pro se*. Petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1). Respondents move to dismiss the action as moot based on Petitioner's May 1, 2018, release from ICE custody. (Doc. 10).

Respondents support the motion with a declaration from Kendall Hirsh, an ICE Supervisory Detention and Deportation Officer. (Doc. 10-1). Hirsh's review of Petitioner's detention history on the ICE database confirms his May 1, 2018, release. (*Id.* at 1).[1] As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is moot because the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Respondents' motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

---

[1] Hirsch's testimony is corroborated by a printout of Petitioner's detention history and he provides the court with Petitioner's forwarding address in Chicago, Illinois. (*Id.* at 1-2).

**DONE** and **ORDERED** this May 8, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
UNITED STATES DISTRICT JUDGE